723 A.2d 20

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

James M. GOLDBERG, Respondent.

Misc. Docket AG, No. 75, Sept. Term, 1998.

Court of Appeals of Maryland.

Jan. 20, 1999.

*ORDER*

This matter came before the Court on the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland, Petitioner, and James M. Goldberg, Respondent. The Court having considered the Petition, it is this 20th day of January, 1999,

ORDERED, by the Court of Appeals of Maryland that the Respondent, James M. Goldberg, be and he is hereby reprimanded for misconduct in violation of Maryland Rule of Professional Conduct 1.15(a).